■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FERDINAND E. VALERO, Appellant. [678 NYS2d 285] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered December 19, 1995, convicting him of murder in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

On this record, the trial court, acting as finder of fact, was free to reject the defendant's affirmative defense of extreme emotional disturbance (*see, People v Maher,* 89 NY2d 456; *People v Ayala,* 221 AD2d 457; *People v David,* 143 AD2d 1031; *see also, People v Casassa,* 49 NY2d 668, *cert denied* 449 US 842).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Bracken, J. P., Copertino, Goldstein and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX VARGAS, Appellant. [678 NYS2d 286] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered September 18, 1996, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Rosenblatt, J. P., O'Brien, Sullivan, Krausman and Florio, JJ., concur.